UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
BELVEDERE EQUITY FUND LLC,              :
BELAIR CAPITAL FUND LLC,
BELCREST CAPITAL FUND LLC,              :        Civil Action
BELVEDERE CAPITAL FUND                           No. 13-10795-MLW
COMPANY LLC, EATON VANCE                :
MANAGEMENT, EATON VANCE
CORP., EATON VANCE                      :
DISTRIBUTORS, INC. and BOSTON
MANAGEMENT AND RESEARCH,                :

                    Plaintiffs,         :

                    v.                  :

JAMES J. BURKE, JR.,                    :

                    Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs

Belvedere Equity Fund LLC, Belair Capital Fund LLC, Belcrest Capital Fund LLC, Belvedere

Capital Fund Company LLC, Eaton Vance Management, Eaton Vance Corp., Eaton Vance

Distributors, Inc. and Boston Management and Research hereby dismiss this action and all

claims herein with prejudice and without costs.

Dated:   May 17, 2013
        Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
David S. Clancy (BBO #636031)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
james.carroll@skadden.com
david.clancy@skadden.com
christopher.lisy@skadden.com

Counsel for Plaintiffs Belvedere Equity Fund LLC, Belair Capital Fund LLC, Belcrest Capital Fund LLC, Belvedere Capital Fund Company LLC, Eaton Vance Management, Eaton Vance Corp., Eaton Vance Distributors, Inc. and Boston Management and Research

## CERTIFICATE OF SERVICE

I, James R. Carroll, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 17, 2013.

Dated:  May 17, 2013

/s/ James R. Carroll
James R. Carroll